IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED DEC 09 2019**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **SUPERSEDING INFORMATION** |
| Plaintiff, ) | |
| ) | JUDGE DONALD C. NUGENT |
| v. ) | CASE NO. 5:19 CR 352 |
| ) | |
| KORTNEY D. MOORE, JR., ) | Title 18, United States Code, Sections 922(g)(1) and (o); Title 26, United States Code, Sections 5841, 5861(d) and 5871 |
| Defendant. ) | |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The United States Attorney charges:

1. On or about April 2, 2019, in the Northern District of Ohio, Eastern Division, Defendant KORTNEY D. MOORE, JR., knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Possession with Intent to Deliver a Controlled Substance, on or about September 14, 2017, in Case Number 17-F-339, in the Circuit Court of Cabell County, West Virginia, and Attempt to Commit Possession with Intent to Deliver a Controlled Substance, on or about January 3, 2018, in Case Number 17-F-471, in the Circuit Court of Cabell County, West Virginia, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 19, 9mm caliber pistol, bearing serial number BFLN110 and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Illegal Possession of a Machinegun, 18 U.S.C. § 922(o))

The United States Attorney further charges:

2. On or about April 2, 2019, in the Northern District of Ohio, Eastern Division, Defendant KORTNEY D. MOORE, JR. did knowingly possess a machinegun, to wit: a Glock, Model 19, 9mm caliber pistol, bearing serial number BFLN110, with an installed conversion device which is designed to shoot automatically, more than one shot, without manual reloading, by a single function of a trigger, in violation of Title 18, United States Code, Section 922(o).

## COUNT 3
(Receipt or Possession of Unregistered Firearm, 26 U.S.C. § 5861(d))

The United States Attorney further charges:

3. On or about April 2, 2019, in the Northern District of Ohio, Eastern Division, Defendant KORTNEY D. MOORE, JR. did knowingly receive and possess a firearm, to wit: a Glock, Model 19, 9mm caliber pistol, bearing serial number BFLN110, with an installed conversion device which is designed to shoot automatically, more than one shot, without manual reloading, by a single function of a trigger, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE

The United States Attorney further charges:

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code,

Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant KORTNEY D. MOORE, JR., shall forfeit to the United States all property (including firearms and ammunition) involved in or used in the commission of such violations.

JUSTIN E. HERDMAN
United States Attorney

By: *[signature]*
Michelle M. Baeppler
Attorney in Charge, Criminal Division
Akron Branch